IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CECIL BRADLEY MATHEWS,**

    Petitioner,

vs.                                                Case No. 4:13cv147-RH/CAS

**MICHAEL CREWS,**

    Respondent.
_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

After direction by this Court, *see* doc. 5, Petitioner Cecil B. Mathews, proceeding pro se, has filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, doc. 16, and supporting memorandum, doc. 17.  Petitioner has paid the filing fee.  Doc. 6.

Petitioner is currently incarcerated at the Columbia Correctional Institution Annex in Lake City, Florida, which is located in the Middle District of Florida.  Doc. 18; *see* 28 U.S.C. § 89(b).  Petitioner challenges a state court judgment from the Fourth Judicial Circuit Court, Clay County, Florida, which is also located in the Middle District of Florida. Doc. 16*; see* 28 U.S.C. § 89(b).

Jurisdiction is appropriate in the district of confinement and the district of conviction. 28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition in district where he was convicted and sentenced or in district where he is incarcerated). Because Petitioner is not confined in this district and his state court conviction is not from a state court in this district, jurisdiction is not appropriate in the Northern District. The petition should be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, the district of conviction and confinement. *Id*.; M.D. Fla. R. 1.02(b)(1).

It is therefore respectfully **RECOMMENDED** that the case file and any service copies be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on August 21, 2013.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

**Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**